IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELICE ROSS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 13-7561 |
| v. | : | |
| | : | |
| **PROJECT H.O.M.E.,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 2nd day of June 2014, upon consideration of the *motions to dismiss Plaintiff's complaint* filed by Defendants the City of Philadelphia, Project H.O.M.E., Sister Mary Scullion, Joan McConnon, Joy Thomas, Kanika Stewart and Dana Meeks, and Hall-Mercer Community Behavioral Health Center, pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 8, 9, and 10], the allegations contained in the complaint [ECF 3], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motions to dismiss are **GRANTED**.

It is further **ORDERED** that Plaintiff shall have twenty (20) days from the date of this Order to file an amended complaint.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.